1  **JOHN M. HAMILTON (State Bar No. 155381)**
   **HAMILTON LAW OFFICES**
2  5757 W. Century Blvd., Suite 700
   Los Angeles, CA 90045
3  Phone: (310) 348-2938
   Facsimile: (310) 348-7288
4  Email: jm_hamilton15@yahoo.com

5
   Attorneys for Plaintiff Turan Petroleum, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| TURAN PETROLEUM, INC., | CASE NO.:SACV15-00381 JLS(DFM) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| MINISTRY OF ENERGY OF THE REPUBLIC OF KAZAKHSTAN; TURAN ENERPETROLEUM LLP; ADILZHAN DZHAKISHEV; ASIA PACIFIC OIL & GAS, LTD; ASCENT INVESTMENTS, INC.; ASCENT INVESTMENTS, INC.; CALLUM HOLDINGS, LIMITED; AMIRZHAN JAKISHEV; YERBOL KELDIBAYEV; DARYA OSTROUSHKO, ALEXANDRA KLIMENTYEVNA and DOES 1-10, inclusive, | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: July 8, 2015           Respectfully submitted,

HAMILTON LAW OFFICES

/s/John M. Hamilton
John M. Hamilton
Attorney for Plaintiff Turan Petroleum, Inc.